UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH WILLIAMS,

        Plaintiff,               CIVIL ACTION NO. 06-13941
                                          HON. JOHN CORBETT O'MEARA
v.

DR. PIPER,

        Defendant.

_____/

ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S
REPORT AND RECOMMENDATION

     The Court having reviewed Magistrate Judge Majzoub's Report and Recommendation, filed January 12, 2007, as well as any objections thereto filed by the parties, and being fully advised in the premises;

     IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

                                                    s/John Corbett O'Meara
                                                  United States District Judge

Dated: February 14, 2007

Certificate of Service

     I hereby certify that a copy of this order was served upon the parties of record on February 14, 2007, electronically or by U.S. Mail.

                                                    s/William Barkholz
                                                   Case Manager